IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA C. FUIT,<br>　　Plaintiff,<br><br>　　v.<br><br>NORTHERN ILLINOIS MEDICAL<br>CENTER d/b/a NORTHWESTERN<br>MEDICINE HUNTLEY HOSPITAL,<br>　　Defendant. | )<br>)<br>)<br>)　Case No. 21-cv-05032<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER TO TRANSFER**

THIS CAUSE COMING ON TO BE HEARD upon the Parties' agreed Motion to transfer this case from the Eastern Division of the United States District Court for the Northern District of Illinois to the Western Division of the United States District Court for the Northern District of Illinois;

IT IS HEREBY ORDERED:

1. The above-entitled cause is hereby transferred from the Eastern Division of the United States District Court for the Northern District of Illinois to the Western Division of the United States District Court, due to an inadvertent error in electronically filing the Complaint at Law and other initiating documents in this matter in the Eastern Division on September 22, 2021.

2. This Court retains jurisdiction to effectuate the transfer of this matter to the Western Division.

3. The deadline to file an initial joint status report by December 2, 2021 (Doc. No. 7) stricken.

　　　　　　　　　　　　　　　　ENTERED: October 28, 2021

　　　　　　　　　　　　　　　　/s/ Martha M. Pacold

AGREED:

Sandra Fuit, Plaintiff, through her counsel
/s/ *Kristin Tauras*

Kristin D. Tauras
ARDC No. 6216004
McKenna Storer
33 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 558-3900
service@mckenna-law.com
ktauras@mckenna-law.com


Northern Illinois Medical Center/d/b/a Northwestern
Medicine Huntley Hospital, Defendant, through its counsel
*/s/ Amber N. Lukowicz*

Antonio Caldarone
Amber N. Lukowicz
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
acaldarone@lanermuchin.com
alukowicz@lanermuchin.com