## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sandra Fuit

                        Plaintiff,

v.

                        Case No.: 1:21−cv−05032

                        Honorable Martha M. Pacold

Northern Illinois Medical Center d/b/a Northwestern Medicine Huntley Hospital

                        Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division − Rockford. (jh, )